**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK KONARSKI; et al., | No. 16-16789 |
| Plaintiffs-Appellants, | D.C. No. 4:16-cv-00592-JGZ |
| v. | |
| CITY OF TUCSON; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted September 12, 2018**

Before:    LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

Frank, Gabriela, John, and Frank E. Konarski appeal pro se from the district

court's order dismissing their action for failure to comply with a vexatious litigant

pre-filing order. We have jurisdiction under 28 U.S.C. § 1291. We review for an

abuse of discretion, *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002), and

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

we affirm.

The district court did not abuse its discretion in dismissing the Konarskis'

action because the Konarskis failed to comply with the pre-filing order that

declared them vexatious litigants and required them to obtain leave of court before

filing a complaint in the district court. *See id.* at 642 (discussing the factors for

determining whether to dismiss for failure to comply with a court order); *In re*

*Fillbach*, 223 F.3d 1089, 1090 (9th Cir. 2000) (a district court has discretion to

dismiss an action for failure to comply with a vexatious litigant pre-filing order).

We reject as unsupported by the record the Konarskis' contentions that the

district court violated due process by enforcing the pre-filing order without issuing

an order to show cause, and expanded the requirements of the pre-filing order

entered against them.

Because we affirm, we deny as unnecessary the Konarskis' request for

reassignment to a new district judge on remand, set forth in their opening brief.

Appellees' motion for leave to file an answering brief (Docket Entry No. 15)

is denied.

**AFFIRMED.**

2                                                                    16-16789